# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teel, Samuel M. | U.S. Bankr. Ct. D.D.C. | 07/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Executive Committee | Walter Chandler American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Salary from U.S. Department of State |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/29/13 - 11/02/13 | Atlanta, GA | Endowment Board meeting and attend NCBJ Annual Meetin | Transportation, hotel, meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stocks are common unless marked preferred. L.P. means | | | | | | | | | |
| 2. limited partnership. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 5. SEI Daily Income TrFund 138 Treas Portfolios CL B and cash | A | Dividend | | | Closed | 03/11/13 | M | | |
| 6. to be swept therein | | | | | | | | | |
| 7. Schwab Govt Money Fund and cash swept therein | A | Dividend | M | T | Buy | 03/12/13 | M | | |
| 8. Abbott Labs Inc (ABT) | A | Dividend | J | T | Buy (add'l) | 01/17/13 | J | | |
| 9. Abbvie Inc. | A | Dividend | | | Spinoff (from line 8) | 01/01/13 | J | | |
| 10. | | | | | Sold | 09/20/13 | J | C | |
| 11. Accenture PLC CL A | A | Dividend | K | T | Buy | 07/05/13 | K | | |
| 12. Ametek Inc. New (AME) | A | Dividend | K | T | Sold (part) | 08/09/13 | J | C | |
| 13. Amgen Inc. | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 14. Amphenol Corp Class A | A | Dividend | K | T | Buy | 01/17/13 | J | | |
| 15. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 16. ANSYS INC (ANSS) | | None | K | T | Sold (part) | 08/09/13 | J | B | |
| 17. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Automatic Data Processing Inc (ADP) | A | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 19. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 20. Autozone Inc.(AZO) | | None | K | T | Sold (part) | 01/14/13 | J | C | |
| 21. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 22. Banco de Chile | A | Dividend | | | Buy | 01/25/13 | J | | |
| 23. | | | | | Sold | 04/26/13 | J | | |
| 24. Bank Montreal Quebec (BMO) | A | Dividend | | | Sold (part) | 05/16/13 | J | | |
| 25. | | | | | Sold | 05/16/13 | J | B | |
| 26. BCE Inc. (BCE) | A | Dividend | J | T | Buy (add'l) | 05/10/13 | J | | |
| 27. | | | | | Sold (part) | 07/05/13 | J | | |
| 28. | | | | | Sold (part) | 07/05/13 | J | A | |
| 29. Celegene Corp (CELG) | | None | K | T | Buy (add'l) | 05/10/13 | J | | |
| 30. | | | | | Sold (part) | 08/09/13 | J | A | |
| 31. | | | | | Sold (part) | 10/10/13 | J | A | |
| 32. CH Robinson (CHRW) | A | Dividend | | | Sold | 03/26/13 | J | B | |
| 33. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | | | | | |
| 34. Clean Harbors Inc. (CLH) | | None | | | Sold | 02/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast | A | Dividend | K | T | Buy | 01/25/13 | J | | |
| 36. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 37. Danaher Corp. Del. (DHR) | A | Dividend | K | T | | | | | |
| 38. Davita Corp. | | None | K | T | Buy | 01/25/13 | J | | |
| 39. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 40. DIRECTV | | None | K | T | Buy | 01/25/13 | J | | |
| 41. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 42. Dominion Res. Inc. Va. New (D) | A | Dividend | J | T | Sold (part) | 05/31/13 | J | B | |
| 43. Dr. Pepper Snapple Group | A | Dividend | J | T | Buy | 05/10/13 | J | | |
| 44. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 45. Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |
| 46. Express Scripts Hldg | | None | | | Sold (part) | 09/20/13 | K | A | |
| 47. | | | | | Sold | 09/20/13 | J | B | |
| 48. Fiserv Inc (FISV) | | None | K | T | Buy (add'l) | 05/10/13 | J | | |
| 49. | | | | | Sold (part) | 08/09/13 | J | A | |
| 50. Gallagher Arthur J & Co. | A | Dividend | K | T | Buy | 03/22/13 | K | | |
| 51. Healthcare REIT Inc. (HCN) | A | Dividend | K | T | Sold (part) | 05/31/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Capital gain distribution | A | Distribution | | | Sold (part) | 05/31/13 | J | B | |
| 53. ---Return of capital | A | Distribution | | | Sold | 09/20/13 | J | B | |
| 54. Henry Schein Inc. (HSIC) | | None | K | T | | | | | |
| 55. IBM Corp. (IBM) | A | Dividend | | | Sold (part) | 01/14/13 | J | C | |
| 56. | | | | | Sold (part) | 02/12/13 | J | B | |
| 57. | | | | | Sold (part) | 07/05/13 | J | C | |
| 58. | | | | | Sold | 10/10/13 | J | B | |
| 59. Idexx Labs Inc. (IDXX) | | None | K | T | Buy (add'l) | 01/30/13 | J | | |
| 60. | | | | | Sold (part) | 10/10/13 | J | A | |
| 61. Intercont'l Hotel New ADR F | A | Dividend | K | T | Buy | 01/24/13 | J | | |
| 62. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 63. Intuit (INTU) | A | Dividend | K | T | | | | | |
| 64. JM Smucker Co. (SJM) | A | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 65. Joy Global | A | Dividend | | | Buy | 01/24/13 | J | | |
| 66. | | | | | Sold | 06/24/13 | J | | |
| 67. Kirby Corp. (KEX) | | None | J | T | | | | | |
| 68. Luxottica Group SPA ADR F | A | Dividend | K | T | Buy | 01/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 70. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 71. Mastercard Inc. | A | Dividend | K | T | Buy | 01/30/13 | K | | |
| 72. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 73. McDonald's Corp. | A | Dividend | K | T | | | | | |
| 74. Nextera Energy Inc (NKE) | A | Dividend | J | T | | | | | |
| 75. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | | | | | |
| 76. Novartis AG Spon ADR | | None | J | T | Buy | 10/24/13 | J | | |
| 77. Novo Nordisk ADR (NVO) | A | Dividend | K | T | | | | | |
| 78. Praxair Inc. (PX) | A | Dividend | K | T | | | | | |
| 79. Public Storage Inc.(PSA) | A | Dividend | J | T | Sold (part) | 05/31/13 | J | A | |
| 80. --Capital gain distribution | A | Distribution | | | | | | | |
| 81. Questar Corp. (STR) | A | Dividend | J | T | Sold (part) | 09/20/13 | J | B | |
| 82. Roper Inds. Inc. New (ROP) | A | Dividend | K | T | | | | | |
| 83. Ross Stores Inc Com (ROST) | A | Dividend | K | T | Buy (add'l) | 01/30/13 | J | | |
| 84. Sigma Aldrich Corp. (SIAL) | A | Dividend | K | T | Buy (add'l) | 01/30/13 | J | | |
| 85. Southern Co. (SO) | A | Dividend | | | Sold (part) | 01/28/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 09/20/13 | J | A | |
| 87. Stericycle Inc. (SRCL) | | None | K | T | | | | | |
| 88. Syngenta AG ADR | A | Dividend | | | Buy | 01/14/13 | J | | |
| 89. | | | | | Sold | 06/24/13 | J | | |
| 90. Teradata Corp (TDC) | | None | | | Sold | 04/26/13 | J | | |
| 91. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | Sold (part) | 10/10/13 | J | B | |
| 92. Toro Co (TTC) | A | Dividend | K | T | Buy (add'l) | 05/10/13 | J | | |
| 93. Toronto Dominion Bk Ont. (TD) | A | Dividend | K | T | Buy (add'l) | 10/24/13 | J | | |
| 94. Trimble Nav. Ltd. (TRMB) | | None | J | T | | | | | |
| 95. United Technologies Corp. (UXT) | A | Dividend | K | T | Buy (add'l) | 10/24/13 | J | | |
| 96. W W Grainger Inc. (GWW) | A | Dividend | J | T | | | | | |
| 97. Ridgeworth L/C Value Equity Fund | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 98. | | | | | Donated | | | | |
| 99. Dallas TX Indpt. Sch. 5% dtd. 02/15/04 due 022/15/23 | B | Interest | K | T | | | | | |
| 100. Delaware St. 5%15 GO due 08/01/15 | B | Interest | K | T | | | | | |
| 101. El Paso Co., Colorado Sch. Dist. Rev. 5% due 12/15/16 | B | Interest | L | T | | | | | |
| 102. Northside IDS 5.25% due 08/15/19 | B | Interest | L | T | Buy | 03/26/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pennsylvania St. Tpk. 5.25%14 Rev. due 12/01/14 | B | Interest | | | Redeemed | 12/01/13 | K | | |
| 104. Port Olympia, Washington 5.5% due 12/01/16 | C | Interest | L | T | | | | | |
| 105. Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 106. 02/01/08 | | | | | | | | | |
| 107. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 108. Upper Merion PA Sch. Dist. Rev. 5% due 02/15/18 | B | Interest | L | T | | | | | |
| 109. Washington St. Gen. Oblig. dtd 07/26/2005 5.000% due | C | Interest | L | T | | | | | |
| 110. 07/01/2020 | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 113. SEI Daily Inc. Trfund 138 Treas Portfolios Cl B & Cash to be | A | Dividend | | | Closed | 03/11/13 | K | | |
| 114. swept therein. | | | | | | | | | |
| 115. Schwab Govt. Money Fund and cash to be swept therein. | A | Dividend | J | T | Open | 03/12/13 | K | | |
| 116. | | | | | | | | | |
| 117. Abbott Labs Inc | A | Dividend | J | T | Buy (add'l) | 01/14/13 | J | | |
| 118. Abbvie Inc | A | Dividend | | | Spinoff (from line 117) | 01/01/13 | J | | |
| 119. | | | | | | Sold | 09/20/13 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Accenture PLC CL A | A | Dividend | J | T | Buy | 01/14/13 | K | | |
| 121. Ametek Inc New (AME) | A | Dividend | J | T | | | | | |
| 122. Amgen | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 123. Amphenol Corp New CL A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 124. Apple Computer (AAPL) | A | Dividend | J | T | | | | | |
| 125. Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 126. BCE Inc. (BCE) | A | Dividend | J | T | Sold (part) | 07/05/13 | J | A | |
| 127. Celegene Corp | | None | J | T | | | | | |
| 128. C.H. Robinson Worldwide New (CHRW) | A | Dividend | | | Sold | 03/26/13 | J | B | |
| 129. Clean Harbors Inc. | | None | | | Sold | 02/15/13 | J | A | |
| 130. Comcast Corp. Class A | A | Dividend | J | T | Buy | 08/09/13 | J | | |
| 131. DAVITA HEALTHCARE PTNR | | None | J | T | Buy | 02/14/13 | J | | |
| 132. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 133. DIRECTV | | None | J | T | Buy | 12/16/13 | J | | |
| 134. Dominion Res. Inc. VA (D) | A | Dividend | | | Sold (part) | 01/28/13 | J | A | |
| 135. | | | | | Sold | 09/20/13 | J | B | |
| 136. Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Express Scripts Hldg | | None | J | T | | | | | |
| 138. Fastenal Corp. (FAST) | A | Dividend | K | T | | | | | |
| 139. Fiserv Inc (FISV) | | None | J | T | | | J | | |
| 140. Health Care REIT Inc. (HCN) | A | Dividend | | | Sold (part) | 05/31/13 | J | A | |
| 141. | A | Distribution | | | Sold | 09/20/13 | J | A | |
| 142. IBM Corp. | A | Dividend | | | Sold (part) | 01/14/13 | J | B | |
| 143. | | | | | Sold (part) | 07/05/13 | J | B | |
| 144. | | | | | Sold | 10/10/13 | J | B | |
| 145. Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 146. Intuit (INTU) | A | Dividend | J | T | Buy (add'l) | 01/14/13 | J | | |
| 147. Luxottica Group ADR | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 148. McDonald's Corp. (MCD) | A | Dividend | J | T | | | | | |
| 149. Nextera Energy Inc. (NEE) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | B | |
| 150. Novartis AG ADR | | None | J | T | Buy | 10/24/13 | J | | |
| 151. Novo Nordisk ADR (NVO) | A | Dividend | J | T | | | | | |
| 152. Nuance Communications, Inc. (NUAN) | | None | K | T | | | | | |
| 153. Praxair Inc. (PX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Public Storage Inc. (PSA) | A | Dividend | J | T | Sold (part) | 05/31/13 | J | A | |
| 155. | A | Distribution | | | | | | | |
| 156. Roper Indus. Inc. (ROP) | A | Dividend | J | T | | | | | |
| 157. Ross Stores Inc Com (ROST) | A | Dividend | J | T | | | | | |
| 158. SCHEIN HENRY INC (HSIC) | | None | J | T | Buy | 07/05/13 | J | | |
| 159. Stericycle Inc (SRCL) | | None | J | T | Buy (add'l) | 05/10/13 | J | | |
| 160. Syngenta ADR | A | Dividend | | | Buy | 01/14/13 | J | | |
| 161. | | | | | Sold | 06/24/13 | J | | |
| 162. Teradata Corp (TDC) | | None | | | Sold | 04/26/13 | J | | |
| 163. Thermo Fisher (TMO) | A | Dividend | J | T | | | | | |
| 164. Toro Co (TTC) | A | Dividend | J | T | | | | | |
| 165. United Technologies Corp. (UTX) | A | Dividend | J | T | | | | | |
| 166. WW Grainger Inc. GWW) | A | Dividend | K | T | | | | | |
| 167. El Paso County, Colorado Sch. Dist. revenue 5% Due 12/15/16 | B | Interest | K | T | | | | | |
| 168. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | B | Interest | K | T | | | | | |
| 169. Md. St. Health & HEFA RV Medlantic/ Helix FSA Issue A B/E | B | Interest | | | Redeemed | 04/15/13 | J | B | |
| 170. OID 96.149 5% cpn. 4.750% due 08/15/28 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pa. State 5%16 GO due 11/01/16 | B | Interest | K | T | | | | | |
| 172. Pa. State GO 5.000% due 10/01/22 | B | Interest | K | T | | | | | |
| 173. Va. Commonwealth 5% due 06/01/19 | B | Interest | K | T | Buy | 05/02/13 | K | | |
| 174. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 175. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 176. [capital gain distribution] | A | Distribution | | | | | | | |
| 177. BANK ACCOUNTS: | | | | | | | | | |
| 178. Wells Fargo money mkt. Acct. | A | Interest | L | T | | | | | |
| 179. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 180. State Dept. Fed. Credit Union | A | Interest | L | T | | | | | |
| 181. Justice Dept. FCU | A | Interest | J | T | | | | | |
| 182. | | | | | | | | | |
| 183. INTERESTS AS LIMITED PARTNERS OR AS A RESULT OF SUCH | | | | | | | | | |
| 184. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | | | | | |
| 185. Real Estate Assocs. Ltd. VI L.P. | A | Distribution | J | W | | | | | |
| 186. IRA ACCOUNT NO. 1: | A | Dividend | L | T | | | | | |
| 187. | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --SEI Daily Income TRFUND 138 Treas Portfolios CL B | | | | | Closed | 03/13/13 | J | | |
| 189. --Scywab Govt. Money Fund | | | | | Buy | 03/14/13 | J | | |
| 190. --Ametek Inc New | | | | | | | | | |
| 191. --Amphenol Corp. Class A | | | | | Buy | 01/14/13 | J | | |
| 192. --ANSYS INC | | | | | | | | | |
| 193. --Autozone Inc. | | | | | Buy | 07/05/13 | J | | |
| 194. --Banco de Chile | | | | | Buy | 01/25/13 | J | | |
| 195. | | | | | Sold | 04/26/13 | J | | |
| 196. --Church & Dwight Inc | | | | | | | | | |
| 197. --Comcast | | | | | Buy | 01/25/13 | J | | |
| 198. [FirstEnergy Corp listed on last year's report as "Buy 09/05/12" was | | | | | | | | | |
| 199. instead "Sold 09/05/12" and value code J with no gain. That is why it | | | | | | | | | |
| 200. does not appear on this year's report.] | | | | | | | | | |
| 201. --Gallagher Arthur J & Co. | | | | | Buy | 03/22/13 | J | | |
| 202. --Intuit | | | | | | | | | |
| 203. --Luxottica Grp. SPA ADR F | | | | | Buy | 01/14/13 | J | | |
| 204. --Stericycle Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Target Corp bond 3.875% 07/15/2020 | | | | | | | | | |
| 206. --MFS Mut. Fund Litign. [Relates to a holding of many years ago. No | | | | | Distributed | 03/29/13 | J | A | |
| 207. further distribution is anticipated, as litigation is at an end.] | | | | | | | | | |
| 208. --SPDR Gold Trust | | | | | Buy | 01/24/13 | J | | |
| 209. | | | | | | | | | |
| 210. IRA ACCOUNT NO. 2: | A | Dividend | L | T | | | | | |
| 211. | B | Interest | | | | | | | |
| 212. --SEI Daily Income TRFUND 138 Treas Portfolios Cl B | | | | | Closed | 03/12/13 | J | | |
| 213. --Schwab Govt. Money Fund | | | | | Buy | 03/13/13 | J | | |
| 214. --Baxter International 5.9% Bond due 09/01/16 | | | | | | | | | |
| 215. --Ametek Inc. New | | | | | Buy | 01/14/13 | J | | |
| 216. --Autozone Inc. | | | | | Buy | 07/05/13 | J | | |
| 217. --Church & Dwight | | | | | | | | | |
| 218. --Davita Healthcare Prtners Inc. | | | | | Buy | 01/25/13 | J | | |
| 219. --DIRECTV | | | | | Buy | 01/25/13 | J | | |
| 220. --Express Scripts Hldg | | | | | | | | | |
| 221. --Fiserv Inc. | | | | | Buy | 04/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Gallagher Arthur J. & Co. | | | | | Buy | 03/22/13 | J | | |
| 223. --Henry Schein Inc. (HSIC) | | | | | | | | | |
| 224. --Intercontinental Hotels Spons. ADR | | | | | Buy | 01/24/13 | J | | |
| 225. --Joy Global | | | | | Buy | 01/24/13 | J | | |
| 226. | | | | | Sold | 06/24/13 | J | | |
| 227. --McCormick & Co. Inc Non Voting | | | | | | | | | |
| 228. --Syngenta AG ADR | | | | | Buy | 01/14/13 | J | | |
| 229. | | | | | Sold | 06/24/13 | J | | |
| 230. --Teradata Corp | | | | | Sold | 04/26/13 | J | | |
| 231. --Trimble Nav. Ltd. | | | | | | | | | |
| 232. --United Technologies | | | | | Buy | 01/14/13 | J | | |
| 233. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 234. Mass Mutual Life Ins. Co. (S is insured) | B | Dividend | L | T | | | | | |
| 235. Mass. Mutual Life Ins. Co. (I am insured) | B | Dividend | L | T | | | | | |
| 236. General American Life Ins. Co. | | None | K | T | | | | | |
| 237. | | | | | | | | | |
| 238. REAL PROPERTIES: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 21

**Name of Person Reporting**

Teel, Samuel M.

**Date of Report**

07/13/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. House No. 1 ("O/C") in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 240. Assessed at 100% of value, at $164,900 as of 01/01/2014 | | | | | | | | | |
| 241. House, Richmond, Va. Assessed on June 17, 2013 | D | Rent | M | S | | | | | |
| 242. at 100% of value as of 07/01/2013 at $163,000 | | | | | | | | | |
| 243. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 244. Assessed January 1, 2014, at $178,000 at 100% of value | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. VESTED PARTIAL [REMAINDERMAN INTEREST IN TRUSTS | | | | | | | | | |
| 247. TRUST #1 (E.M. ... Trust) | | | | | | | | | |
| 248. This Trust ought not appear on this report as it was ended in 2012. | | | | | | | | | |
| 249. This should have been reported as having no value at year-end on last | | | | | | | | | |
| 250. the report for 2012, as all assets were sold and the proceeds were | | | | | | | | | |
| 251. distributed in 2012.] | | | | | | | | | |
| 252. [TRUST # 2 M.L. ...Trust | | | | | | | | | |
| 253. This Trust ought not appear on this report as it was ended in 2012. | | | | | | | | | |
| 254. This should have been reported as having no value at year-end on | | | | | | | | | |
| 255. the report for 2012, as all assets were sold and the proceeds were | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. distributed in 2012. ] | | | | | | | | | |
| 257. INTEREST IN SETTLEMENT FUND | | | | | | | | | |
| 258. AOL Time Warner, Inc. Securities & ERISA Litigation | None | | J | W | | | | | |
| 259. Settlement Fund. [Uncertain when final distribution | | | | | | | | | |
| 260. will occur or whether it has already occurred.] | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 07/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel M. Teel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544